IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NATIONWIDE INSURANCE COMPANY, as subrogee of ANTHONY LORINO : <br><br> Plaintiff, : <br> v. : <br><br> SEARS, ROEBUCK AND CO., and : <br> ELECTROLUX HOME PRODUCTS, INC. : <br><br> Defendants. : | CIVIL ACTION <br><br> NO. 11-7866 |

## ORDER

**AND NOW**, this *3rd* day of *April*, 2013, upon consideration of Defendants' Sears, Roebuck, and Co. and Electrolux Home Products, Inc. Motion for Summary Judgment (Docket Nos. 21 and 22) and Plaintiff Nationwide Insurance Company's Response in Opposition (Docket No. 23), it is hereby **ORDERED** as follows:

1. Defendants' Motion is **DENIED** as to Counts I and II.

2. Defendants' Motion is **GRANTED** as to Count III. **JUDGMENT IS ENTERED** in favor of Defendants on Count III.

BY THE COURT:


 *s/ Ronald L. Buckwalter*
 RONALD L. BUCKWALTER, S.J.